IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BEACH FRONT VILLAS, LLC<br>A Hawaii limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>JENNIFER ROGERS, individual,<br><br>    Defendant. | CIVIL NO. 1:18-cv-00457-LEK-RLP<br><br>ACCEPTANCE AND ACKNOWLEDGMENT OF SERVICE OF THIRD-PARTY COMPLAINT<br><br>(David Richardson)<br><br>TRIAL DATE: March 30, 2020 |
| JENNIFER ROGERS, individual,<br><br>    Counterclaimant,<br><br>vs.<br><br>BEACH FRONT VILLAS, LLC<br>A Hawaii limited liability company,<br><br>    Counterclaim Defendant.<br><br>JENNIFER ROGERS, individual,<br><br>    Third-Party Plaintiff,<br><br>DAVID RICHARDSON, CHELSEA DIMIN, CBIP, INC. dba COLDWELL BANKER ISLAND PROPERTIES, and GAL COHEN<br><br>    Third-Party Defendants. | |

## ACCEPTANCE AND ACKNOWLEDGMENT OF SERVICE

I, Robert M. Goldberg, attorney of Third-Party Defendant David Richardson, hereby accept service on behalf of my client, Third-Party Defendant David Richardson, of a file-stamped copy of Defendant Jennifer Rogers' Third-Party Complaint filed May 20, 2019.

DATED: Lihue, Hawaii, 6-24-19.

_____
ROBERT M. GOLDBERG
Attorney for Third-Party Defendant
DAVID RICHARDSON