# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00457 LEK-WRP |
| CASE NAME: | Beach Front Villas, LLC v Jennifer Rogers |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 4/16/2020 |

COURT ACTION:  EO: COURT ORDER STRIKING SUBSTANTIVE JOINDER [DKT. NO. 58]

     On April 13, 2020, Third-Party Defendant/Crossclaimant Gal Cohen ("Cohen"), filed his Substantive Joinder to Third Party Defendant David Richardson's Motion to Dismiss ("Joinder"). [Dkt. no. 58.] "Except with leave of court based on good cause, any substantive joinder in a motion or opposition must be filed and served within three (3) days of the filing of the motion or opposition joined in." Local Rule LR7.7. Here, Cohen seeks to join Third-Party Defendant David Richardson's motion to dismiss the third-party complaint ("Motion"), which was filed on March 19, 2020. [Dkt. no. 54.] Because the Joinder was filed more than three days after the Motion without first being granted leave, the Joinder is HEREBY STRICKEN as untimely. In addition to being untimely, the Joinder is also defective because it is not supported by a memorandum, and it does specifically identify the pending motion with which it seeks to join by docket number, as required by Local Rule 7.7. No other party is to file any opposition or other response to the Joinder. This Court will take no further action on the Joinder.

     IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager